UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

ALLAN GARFINKEL,

    Plaintiff,

vs.

                          Case No.: 0:20-cv-61617-AHS

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

**DEFENDANT SCOTTSDALE INSURANCE COMPANY'S MOTION FOR CONTEMPT**

    Defendant, Scottsdale Insurance Company ("Scottsdale"), pursuant to Federal Rule of Civil Procedure 45(g), moves for entry of an Order: (1) holding non-party Leak Detector, Inc. ("Leak Detector") in contempt for failing to appear for deposition which was scheduled for August 19, 2021 at 2:00 p.m. In support of this Motion, Scottsdale would state as follows:

    1.    The Corporate Representative of Leak Detector's deposition was set for August 19, 2021 at 2:00 p.m.

    2.    On July 27, 2021, the process server for Serve Legal Process, Inc. served Eljlis Hernandez as co-resident at 515 W. 45th Place, Hialeah, Florida 33012, which is the address for Juan R. Rodriguez who is the Registered Agent, President and Director for Leak Detector, Inc. A copy of the Return of Service and a copy of the Division of Corporations' Detail by Entity Name are attached hereto as **Composite Exhibit "A."**

    3.    On August 19, 2021 at 2:00 p.m. the Corporate Representative of Leak Detectors failed to appear for deposition and produce documents requested in the Subpoena to Testify at a Deposition in a Civil Action. A copy of the Certificate of Nonappearance is attached hereto as **Exhibit "B."**

1

WHEREFORE, Scottsdale respectfully requests that its Motion for Contempt be granted and that the Court enter an Order finding Leak Detector in contempt and compelling the Corporate Representative of Leak Detector to comply with the subpoena duces tecum for the deposition rescheduled for August 27, 2021 at 2:00 p.m. and produce all responsive documents to Scottsdale at said time of the rescheduled deposition.

## LOCAL RULE 7.01(3) CERTIFICATION

Defendant hereby certifies that counsel has conferred via zoom conference with Jana Rauf, Esq. and has been informed that counsel for Plaintiff does not agree or oppose this Motion.

Dated: August 23, 2021.

Respectfully submitted,

**PHELPS DUNBAR LLP**


/s/ *Chancey O. Smith*
Patricia A. McLean, Esq.
Fla. Bar #129143
Chancey O. Smith, Esq.,
Fla. Bar #122255
100 South Ashley Drive, Suite 2000
Tampa, Florida  33602
Telephone:  813 472 7550
Facsimile:  813 472 7570
Email:  mcleanp@phelps.com
Email:  chancey.smith@phelps.com

**Attorneys For Scottsdale Insurance Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will provide a Notice of Electronic Filing to all counsel of record on the service list below.

*/s/ Chancey O. Smith*
Attorney

## SERVICE LIST

Gregorie Dolce, Esq.
Jana A. Rauf, Esq.
Yisroel Silverman, Esq.
Asher Perlin, Esq.
service@ILGPA.com
INSURANCE LITIGATION GROUP, P.A.
1500 N.E. 162nd Street
Miami, Florida 33162
(786) 529-0090

*Attorneys for Plaintiff, Allan Garfinkel*