# RETURN OF SERVICE

**State of Florida**  **County of Southern**  **United States District Court**

Case Number: 20-CV-61617-AHS   Court Date: 8/19/2021  2:00 pm

SKP2021003323

Plaintiff:
**ALLAN GARFINKEL**

vs.

Defendant:
**SCOTTSDALE INSURANCE COMPANY**

For:
Phelps Dunbar LLP - Tampa
100 South Ashley Drive
Suite 2000
Tampa, FL 33602-5311

Received by Serve Legal Process, Inc. on the 20th day of July, 2021 at 1:05 pm to be served on **Corporate Representative of Leak Detector, Inc. c/o Juan R. Rodriguez, as Registered Agent, 515 W. 45th Place, Hialeah, FL 33012**.

I, JOSEPH R. DION #2259, do hereby affirm that on the **27th day of July, 2021** at **4:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **Subpoena To Testify At A Deposition In A Civil Action And $50.00 Witness Fee** with the date and hour of service endorsed thereon by me, to: **ELJLIS HERNANDEZ** as **CO- RESIDENT** at the address of: **515 W. 45TH PLACE, HIALEAH, FL 33012**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
7/22/2021  2:31 pm  There were no vehicles parked outside. No response at the door.
7/24/2021  9:05 pm  The lights outside are on and the lights inside are off. There was no response at the door. No movement from within.
7/27/2021  8:00 am  There were no vehicles parked outside. No response at the door.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: WHITE, Height: 5'7", Weight: 190, Hair: BLACK, Glasses: N

Composite Exhibit "A"

## RETURN OF SERVICE For 20-CV-61617-AHS

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server. Under Penalties of perjury, I declare that I have read the foregoing Return of Service and the facts stated in it true. Notary Not Required (F.S. 92.525).

JOSEPH R. DION #2259
Process Server

**Serve Legal Process, Inc.**
**333 N. Falkenburg Rd Suite B 206**
**Tampa, FL 33619**
**(813) 254-8762**

Our Job Serial Number: SKP-2021003323
Ref: 19963-5245

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

Florida Department of State    DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
LEAK DETECTOR INC

**Filing Information**

| | |
|---|---|
| **Document Number** | P13000068507 |
| **FEI/EIN Number** | 46-3471236 |
| **Date Filed** | 08/20/2013 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

515 W 45TH PL
HIALEAH, FL 33012

Changed: 07/08/2015

**Mailing Address**

515 W 45TH PL
HIALEAH, FL 33012

Changed: 02/22/2016

**Registered Agent Name & Address**

RODRIGUEZ, JUAN R
515 W 45TH PL
HIALEAH, FL 33012

Address Changed: 02/22/2016

**Officer/Director Detail**
**Name & Address**

Title PD

RODRIGUEZ, JUAN R
515 W 45TH PL
HIALEAH, FL 33012

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2019 | 01/31/2019 |
| 2020 | 03/12/2020 |
| 2021 | 03/08/2021 |

http://search.sunbiz.org/Inquiry/CorporationSearch/SearchResultDetail?inquirytype=Entity...    8/20/2021

**Document Images**

| Date -- Document | |
|---|---|
| 03/08/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/12/2020 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2019 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2018 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2017 -- ANNUAL REPORT | View image in PDF format |
| 02/22/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/13/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/18/2014 -- ANNUAL REPORT | View image in PDF format |
| 08/20/2013 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations