```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
```

ALLAN GARFINKEL,          CASE NO:
                          0:20-cv-61617-AHS
    Plaintiff,
Vs.

SCOTTSDALE INSURANCE COMPANY,

    Defendant.
_____/

STATE OF FLORIDA        :
COUNTY OF BROWARD       :

**CERTIFICATE OF NON-APPEARANCE**

    I, Chere Barton, FPR, a Notary Public in and for the State of Florida at Large, present via Zoom with Chancey Smith, Esquire and Jana Rauf, Esquire, do hereby certify That on August 19, 2021 at 2:00 p.m., **the Corporate Representative of Leak Detector, Inc**. Was scheduled to Appear pursuant to Notice of Taking Rule 30(b)(6) Deposition Duces Tecum, and at 2:30 p.m. the Aforementioned witness(s) failed to appear.

    Dated this 19th day of August, 2021.

    /s/ Chere J. Barton, FPR
    CHERE J. BARTON, FPR
    Notary Public
    State of Florida at Large
    My Commission No:  #HH 033431
    My Commission Expires:  12/17/24

Exhibit "B"